```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
NEW YORK CITY ECONOMIC               :
DEVELOPMENT CORPORATION,             :
                                     :
                Plaintiff,           :
                                     :  09 Civ. 1778 (BSJ)(KNF)
                                     :
         v.                          :
                                     :
EMPIRE AUTO PARTS SUPPLY, INC.       :
                                     :
                Defendant.           :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Clerk of the Court is directed to close the above-captioned case.

**SO ORDERED:**

*Barbara S. Jones*
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:    December 23, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09

1